## SPENCER S. EUBANK

*v.*

## THE PEOPLE OF THE STATE OF ILLINOIS.

RECOGNIZANCE—*must be a judgment of forfeiture.* To sustain a judgment upon a *scire facias* on a recognizance, there must be a judgment of forfeiture. It is not enough that a valid judgment of forfeiture is set out in the *scire facias,*—it must be given in evidence.

WRIT OF ERROR to the Circuit Court of Washington county; the Hon. SILAS L. BRYAN, Judge, presiding.

This was a proceeding by *scire facias* upon a recognizance, in which a judgment was rendered against the defendants. There was no judgment of forfeiture given in evidence, and the want thereof is assigned as error.

Mr. J. M. DURHAM, for the plaintiff in error.

Mr. WASHINGTON BUSHNELL, Attorney General, and Mr. JOHN MICHAN, State's Attorney, for the people.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

In this case the only judgment of forfeiture offered in evidence, as appears by the bill of exceptions, was a mere memorandum by the clerk, which probably was a literal copy

of the minutes of the judge. It does not even name the parties against whom this *scire facias* has issued. A valid judgment of forfeiture was set out in the *scire facias,* but it was not offered in evidence.

For want of a proper judgment of forfeiture, this judgment on the *scire facias* must be reversed.

*Judgment reversed.*